# EXHIBIT 1

---------- Forwarded message ----------
From: **Kenyon Ross** <kross@becausepainmatters.com>
Date: Thu, Oct 28, 2010 at 1:29 PM
Subject: Great seeing you yesterday!
To: "Leslie Mangieri, MD" <lwiygul@gmail.com>

Leslie,

Thanks for spending a few minutes with me yesterday. I know you're excited and exhausted as you labor through pregnancy and anticipate the birth of your baby girl. I have two girls and a boy and, aside from my marriage, they are the greatest gifts of my life. I wish you the greatest blessings as you and your family enter into this new part of your life.

Thank you for being very clear yesterday regarding your intentions of not making any changes to your urine drug testing protocol; at least until you return from maternity leave. I made a note to call you in March of next year.

I hope you don't mind me sending a recap of yesterday's discussion. My hope is that we can use this recap as a way of documenting what we've talked about as platform to launch a new conversation in March, in addition, I'm hoping you find this document helpful as you present the benefits and/or ramifications of making, or not making, any changes until after you get back.

I know as you head into maternity leave you've got a lot of very important things you're trying to wrap up. I'm sure that adding anything to your already long-list of things to-do isn't very attractive and feels unreasonable. In addition, I understand that you're not interested in changing something that is "working" for your clinic. With this in mind, while the differences between Millennium Laboratories® and other labs are significant, I won't use the majority of this email to drive that point home. My hope is to point out the significant impact of your clinic not making any changes until after your maternity leave.

By not making any changes, here's what you're risking:

#1) During the 3-4 months you're out on maternity-leave your clinic will lose an estimated $250,000 to $400,000 in potential point-of-care reimbursements. It surprised me yesterday to see that you were surprised to see an EOB's from a clinic who's being reimbursed for point-of-care testing at a reimbursement over $200. Ironically, the EOB I showed you was from an Aegis® account. Maybe Apple's been completely transparent with the realities of how his other clinics are taking advantage of point-of-care reimbursements, but if he has, I'm a little confused as to why this would be news to you. I know we talked about this yesterday, but you might see why laboratories, who don't hold the same legal opinions as Millennium, are more than willing to pay for a collector and provide these fee-for-space-agreements as a way of inducing clinics to choose doing business with their lab. As I mentioned yesterday, most of our legal opinions protect our lab, as well as our customers, and most often present a challenge when we compete with labs that are utilizing these techniques. The question I have, is what do these arrangements have to do with providing you the best laboratory results? Did you know that collectors are illegal in four states?

#2) Millennium is of the strong opinion, that the aforementioned agreements unnecessarily exposes clinics, as well as the lab, to potential anti-kick-back violations. I have no doubt that if it came to it, a laboratory has calculated the risk for entering into these kind of relationships and has deep enough pockets to fight their position on these matters; but the question is do their customers have the same resources? I would urge any clinic to seriously consider getting out of any agreement that bares the resemblance of taking financial incentives from a lab for what can easily be perceived as an inducement for doing business with that lab. Laboratories, and their customers, are increasingly under the scrutinizing eye of the federal government as well as insurance payers. You don't want to be caught up in that kind of litigation; especially not for the small amount of money a collector makes or the "reasonable" fees a lab feels like they can pay in a fee-for-space agreement.

Collectors and fee-for-space arrangements can be distractions from what clinics should really be looking for in a laboratory. This is all I'll say in comparison to other labs. Millennium uses a superior technology for confirmations (100% Liquid-Chromatography MS/MS) as well as proprietary streamlining technology that enables our lab to provide superior full confirmations in an average of 32 hours after it leaves your clinic; which is about the same time our competitors are getting around to providing a "preliminary result" (which is not much different than what you'd find in your point-of-care test device).

LET US PROVE IT TO YOU. Millennium is more than willing to stand behind our ability to provide superior results with the fastest turn-around time. I invite you to allow us to perform a head-to-head study comparing the results you receive with Aegis to Millennium's results. I can tell you that this offer has our competition shaking in their boots because it doesn't involve the traditional sales-techniques Gas Chromatography labs have to resort-to to differentiate themselves from their competitors. Millennium's offer is to run 10 specimens through our lab at no charge to your patient. We're so confident that you'll see a difference in our results over our competitors that we only need 10 specimens to prove it.

I realize in-light of your schedule you may not have the time to set-up a head-to-head. If this is the case, at the least, ask Apple for a list of Aegis's cut-off levels and then compare them to Millenniums. Liquid Chromatography is a superior and more sensitive technology for urine drug monitoring (no toxicologist would agree). This is one of the many reasons Millennium is quickly closing in-on Ameritox as being the number one urine drug testing laboratory in the county (based on the number of test run every year).

There's a lot on the table here. I really appreciate you're giving me the time to speak to you about Millennium and I hope that one day we can earn your business. Have a great time bringing your beautiful girl into the world. Enjoy every moment!

I hope to talk to you sooner, but if not, I'll talk to you in March!

Best Regards,

KENYON ROSS
Senior Sales Specialists

kross@becausepainmatters.com
Cell: 205-427-5665
16981 Via Tazon
San Diego, CA 92127

Local Fax: 866-593-9892
Corporate: 877-451-3534
Lab Fax: 858-451-3636

(Full Email Disclaimer – http://www.millenniumlaboratories.com/emaildisclaimer.html)


--
Leslie Wiygul, Administrator
Anesthesiology and Pain Management
2510 Hospital Drive
Northport, Al 35476
205-339-9000
205-339-4423 Fax