# EXHIBIT 3

From: Kenyon Ross Gmail
<kenyonross@gmail.com<mailto:kenyonross@gmail.com>>
Date: November 28, 2010 10:49:34 PM CST
Subject: IMPORTANT NEWS - Finalized UDT Code Changes

IMPORTANT NEWS

Last Monday CMS published their final determinations concerning qualitative drug testing codes and reimbursement to be implemented in January 2011.

This was a follow-up to the proposals issued on September 28, 2010. Despite MILLENNIUM LABORATORIES best efforts, as well as others, CMS decided to move forward with implementing the changes. A summary of the 2011 changes has been prepared by CodeMap and is attached together with the actual CMS publication.

What these changes essentially mean to you is that CLIA waived and moderate complexity point of care tests will be reimbursed per patient encounter (i.e. one unit per patient test, no matter how many drugs or drug classes are tested (approximately $20) . A new G-code G0434, has been created to cover these types of tests. Only high complexity tests conducted by high complexity labs and physician owned labs (POL) will be reimbursed more than one unit. These labs will earn reimbursement equivalent to 5 units, no matter how many tests are conducted, and will be reimbursed under G-0431 (approximately $100).

KEY FACTORS TO KEEP IN MIND:

*   The new codes do not take effect until January 2011. You still have the opportunity to test patients under the 2010 reimbursement rates and codes through the end of the year
*   The codes apply to Medicare and Medicaid patients. Just as we experienced in 2010 when the G0430 and G0431 codes were introduced, private payers (BCBS, UHC, etc.) may not follow the new codes immediately.
*   Physicians who are certified high complexity and are running high complexity tests – for example using certain bench top analyzers – should be eligible for multiple unit reimbursements. (Ask me how to become a high complexity lab - Millennium is connected with resources to assist you with this process).
*   At least for your Medicare and Medicaid patients, CLIA-waived and moderate complexity offices may want to consider reducing their point-of-care cost by testing one or two key analytes; instead of using a multi-panel device. Then have Millennium provide, in most cases, the quickest turn-around on comprehensive results (one business day). This minimizes your investment on the point-of-care device and maximize the balance of the 2011 reimbursement's being offered by CMS.
*   Prescription drug abuse is NOT going away, therefore you should continue to test,

just as assertively as have been, for all the obvious clinical reasons, as well as, to stay-true to your risk management strategy.
* Monitor private payers to understand where they will stand on UDT reimbursements. I will keep you up to date on information as it comes available.
* MILLENNIUM LABORATORIES is an excellent resource to navigate these tough decisions with.

BENEFITS OF UTILIZING MILLENNIUM LABORATORIES
Doctors are facing significant changes in their practices with the new Medicare/Medicaid reimbursement changes. More than ever there is a heightened awareness and scrutinizing eye on the field of medicine. In the past year alone more than one lab has been in real trouble with the law. Without mentioning names, one lab - who is deeply imbedded in the Alabama market - recently settled with the GOP, at the tune of $16.3 million, for alleged practices of inducement involving paying cash and providing free collectors to doctors. Another lab had to pull their CLIA waived cups off the market. And yet, another lab was setting up bogus companies to funnel money to physicians.

You can be confident that Millennium will continue to pursue new strategies to develop our business and expand opportunities for both our customers as well as our company. We will be adding new test platforms, looking at additional services to offer the pain management space, as well as working with CMS on possible coding changes and new testing protocols and methodologies for future implementation. Take a look at some of Millennium's service offerings.

Millennium's advantages:

* Regardless of our physician's testing protocol, Millennium test every specimen that arrives at our lab for every drug and metabolite we test for and then pull out the physician's panel and only bill insurance for that panel.
* Millennium only needs 1mL-2mL to run this test; most other labs need 15mL-30mL to run just the drugs you setup on your protocol.
* Millennium provides one business day turn-around on confirmations of comprehensive panel
* Millennium provides consultation on setting up CLIA Waived, Moderate Complexity and High Complexity labs.
* Millennium Research Institute (some studies including tens of thousands of patients)
* Millennium provides complimentary access to an online billing guide: <http://www.codemap.com>www.codemap.com<http://www.codemap.com>
* Millennium provides complimentary access to education on patient monitoring: <http://www.doctorsafeguard.com>www.doctorsafeguard.com<http://www.doctorsafeguard.com>

I'm making lunch appointments to talk with all of my offices and prospective offices that would like the latest information. Please email<mailto:kross@becausepainmatters.com> me if you'd like me to come by and speak with you directly.

Best Regards,

KENYON ROSS
Senior Sales Specialists



kross@becausepainmatters.com
Cell: 205-427-5665 Local Fax: 866-593-9892
16981 Via Tazon Corporate: 877-451-3534
San Diego, CA 92127 Lab Fax: 858-451-3636

(Full Email Disclaimer – http://www.millenniumlaboratories.com/emaildisclaimer.html)

APPLE SANDERS

Regional Sales Manager
515 Great Circle Road
Nashville, TN 37228
Phone: 205.789.8863
Fax: 615.255.3030
www.asanders@aegislabs.com
www.aegislabs.com