EXHIBIT 4



**Millennium Laboratories**
16981 Via Tazon, San Diego, CA 92127
Phone: 877.451.3534  Fax: 858.217.0331
Lab Director: Amadeo Pesce, PhD, DABCC
CLIA ID# 05D10 78705; License # DRH 98; File ID# 45785
www.becausepainmatters.com

## TEST PROTOCOL - FOR USE WITH POINT OF CARE URINE TEST DEVICES
### PLEASE COMPLETE, SIGN AND FAX TO CUSTOMER SERVICE AT 858-217-0331

PRACTICE INFORMATION ▨▨▨▨▨                       SALES RE▨▨

DATE: ▨▨▨▨

---

### A CONFIRMATION OF NEGATIVE POINT-OF-CARE TEST RESULTS

Millennium Laboratories will confirm and quantify all *positive* Point-Of-Care Test results and will confirm negative results as indicated below.

**SELECT WHICH NEGATIVE POINT-OF-CARE RESULTS YOU WOULD LIKE TO HAVE CONFIRMED AND QUANTIFIED BY LC-MS/MS.**  ALL ☐

| | |
|---|---|
| AMPHETAMINES | ☐ |
| BARBITURATES* | ☐ |
| BENZODIAZEPINES | ☐ |
| COCAINE | ☐ |
| MDMA | ☐ |
| METHAMPHETAMINE | ☐ |
| OPIATES | ☐ |
| PHENCYCLIDINE | ☐ |
| TRICYCLIC ANTIDEPRESSANTS* | ☐ |
| cTHC (MARIJUANA METABOLITE) | ☐ |

### B TESTING WHICH MAY OR MAY NOT BE ON POINT-OF-CARE TEST

THESE DRUGS MAY OR MAY NOT BE ON YOUR POINT-OF-CARE TEST. PLEASE INDICATE IF YOU WOULD LIKE TO HAVE THESE QUANTIFIED BY LC-MS/MS.

| | |
|---|---|
| **ALL** | ☐ |
| BUPRENORPHINE (SUBOXONE®) | ☐ |
| METHADONE (METHADOSE®) | ☐ |
| OXYCODONE | ☐ |
| PROPOXYPHENE (DARVON®) | ☐ |

### C ADDITIONAL TESTING NOT INCLUDED ON POINT-OF-CARE TEST

**SELECT WHICH DRUGS NOT ON THE POINT-OF-CARE TEST YOU WOULD LIKE TESTED AND/OR QUANTIFIED BY LC-MS/MS.**

| ORDER SCREEN | ORDER SCREEN AND CONFIRM/ QUANTIFY BY LC-MS/MS | |
|---|---|---|
| ☐ | ☐ | **ALL** |
| ☐ | N/A | ALCOHOL* |
| ☐ | ☐ | ETHYL GLUCURONIDE |
| ☐ | ☐ | HEROIN |
| ☐ | ☐ | FENTANYL (DURAGESIC®) |
| ☐ | ☐ | CARISOPRODOL (SOMA®) |
| ☐ | ☐ | TRAMADOL (ULTRACET®) |
| ☐ | ☐ | MEPERIDINE (DEMEROL®) |
| ☐ | N/A | TAPENTADOL** (NUCYNTA®) |
| ☐ | ☐ | _____ |

\* Tested by Enzymatic Assay Only  \*\* Tested by LC-MS/MS only

### D SPECIMEN VALIDITY TESTING

Millennium Laboratories will perform specimen validity testing (creatinine, pH, specific gravity and oxidants) *unless* otherwise indicated here.

☐ DO NOT perform Specimen Validity Testing

### E SPECIAL INSTRUCTIONS

_____
_____
_____
_____

## AUTHORIZATION

I authorize Millennium Laboratories to perform drug testing on all specimens submitted from my practice as follows:

1. Confirm and quantify all positive Point-Of-Care Test results indicated on the individual patient requisition form.
2. Confirm and quantify negative Point-Of-Care Test results as indicated above in Section A, and on the individual patient requisition form.
3. Confirm and quantify all positive Additional Test results pursuant to Section C above.
4. Perform any additional testing (including confirmation of negatives) requested in Sections B and C, and on the individual patient requisition form.
5. Perform specimen validity testing (unless otherwise indicated in Section D).
6. Perform any 'Special Instructions' as specified in Section E.

I acknowledge that the test panels defined on this Test Protocol are not AMA-approved panels, but nonetheless may be deemed medically necessary because of the clinician's legal and regulatory obligation to take reasonable steps to prevent abuse and diversion of controlled medications. I understand that I may order any of the above-stated tests separately or in necessary combination consistent with the patient's individual medical needs.

I understand that this Test Protocol may be modified in writing at any time; otherwise, this Test Protocol will remain in effect for one year from date of signing.

Signatures for all physicians sending samples to Millennium Laboratories are required.

Physician's Name: _____

Physician's NPI#: _____

Signature: _____ Date: ___/___/___

Physician's Name: _____

Physician's NPI#: _____

Signature: _____ Date: ___/___/___

Physician's Name: _____

Physician's NPI#: _____

Signature: _____ Date: ___/___/___

©2010 Millennium Laboratories, Inc.